1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

11

## NORTHERN DISTRICT OF CALIFORNIA

12

## SAN FRANCISCO DIVISION

13  IN RE: UBER TECHNOLOGIES, INC.
    PASSENGER SEXUAL ASSAULT
14  LITIGATION

15

16

17  This Document Relates to:

18  *CLF T.M. v. Uber Technologies, Inc., et al.*
    Case No. 3:25-cv-4281-CRB

19

**MDL No. 3084 CRB**
Hon. Charles R. Breyer

~~[PROPOSED]~~ **ORDER GRANTING**
**MOTION TO WITHDRAW AS**
**COUNSEL OF RECORD**

Date: November 7, 2025
Time: 10:00 a.m.
Courtroom 6

20                    ~~[PROPOSED]~~ **ORDER**

21          The Court, having considered the Motion to Withdraw as Counsel of Record, and good

22  cause appearing therefore, GRANTS the motion.

23          **IT IS SO ORDERED.**

24

25  Dated: October 29, 2025

26

27

28

IT IS SO ORDERED

Judge Charles R. Breyer

~~[PROPOSED]~~ ORDER RE MOTION                    CASE NO. _3:25-cv-4281-CRB_____
TO WITHDRAW AS COUNSEL